UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WRIGHT,<br><br>             Plaintiff,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:25-cv-03350-WBS-CKD<br><br>**ORDER RE: STIPULATION FOR BIFURCATION AND TRIAL OF DECLARATORY RELIEF CLAIM; ARBITRATION OF PLAINTIFF'S CLAIM FOR DAMAGES CAUSED BY INCIDENT; AND STAY OF ARBITRATION AND PLAINTIFF'S CLAIMS FOR BREACH OF CONTRACT AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>Complaint Filed:   10.02.2025<br>Response Date:     12.24.2025 |

Upon consideration of the parties' Stipulation for Bifurcation and Trial of Declaratory Relief Claim; Arbitration of Plaintiff's Claim for Damages Caused by Incident; and Stay of Arbitration and Plaintiff's claims for breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing ("Stipulation"), and good cause showing,

**IT IS HEREBY ORDERED THAT:**

- Plaintiff Joanne Wright's ("Plaintiff") third cause of action for declaratory relief against Safeco set forth in the Complaint is hereby bifurcated and shall be tried first,

while all other issues and claims are stayed pending determination of the issue of whether uninsured motorist coverage under the relevant policy applies to the incident that is the subject of the Complaint ("Incident").

- Issues of liability and damages in connection with the Incident are subject to arbitration, which according to the Stipulation Plaintiff initiated on or about February 20, 2025 ("Arbitration").

- Arbitration shall be stayed pending this Court's determination on Plaintiff's third cause of action for declaratory relief set forth in the Complaint.

- Plaintiff's first and second causes of action in the Complaint for breach of contract and breach of the implied covenant of good faith and fair dealing, respectively, shall be stayed until this Court's determination of Plaintiff's third cause of action for declaratory relief against Safeco, and, if warranted, the outcome of Arbitration.

- Should this Court's ruling on Plaintiff's third cause of action for declaratory relief result in a finding that uninsured motorist coverage under the relevant policy applies to the Incident, the stay on the Arbitration shall be lifted, and the parties shall proceed to Arbitration to arbitrate issues of liability and damages in connection with the Incident.

- The parties shall contact the Court to lift the stay on Plaintiff's first and second causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing within two weeks of the final disposition of the Arbitration, should this Court's ruling on Plaintiff's third cause of action for declaratory relief result in a finding that uninsured motorist coverage under the Policy applies to the Incident.

- Safeco shall proceed to file an answer as to Plaintiff's third cause of action for declaratory relief, only.  Upon lifting of the stay, if ever at all, Safeco shall file a responsive pleading as to Plaintiff's first and second causes of action for breach of contract and breach of the covenant of good faith and fair dealing, respectively, within three (3) weeks of this Court's lifting of the stay.

- Safeco shall waive any defense related to the arbitration or trial not being completed within five (5) years of initiating the arbitration or filing the lawsuit.

1  **IT IS SO ORDERED.**

3  Dated:  December 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE