UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WRIGHT,<br><br>                Plaintiff,<br><br>        v.<br><br>SAFECO INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-03350-WBS-CKD<br><br>**ORDER RE: STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 144]**<br><br>Complaint Filed:       10.02.2025<br>Response Date:         12.24.2025<br>New Response Date:  01.14.2025 |

Upon consideration of the parties' Stipulation to Further Extend Time to Respond to Initial Complaint, and good cause showing,

**IT IS HEREBY ORDERED THAT:**

Safeco shall have until January 14, 2026 to file an answer to the Complaint.

**IT IS SO ORDERED.**

Dated: December 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4906-1419-8916.1

ORDEDR
CASE NO. 2:25-cv-03350-WBS-CKD