ROPERS
MAJESKI

A Professional Corporation
Menlo Park

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE WRIGHT,

          Plaintiff,

    v.

SAFECO INSURANCE COMPANY, and
DOES 1 through 10, inclusive,

          Defendants.

Case No. 2:25-cv-03350-WBS-CKD

**ORDER TO CONTINUE THE PARTIES' DEADLINE TO FILE THEIR DISPOSITION DOCUMENTS PURSUANT TO LOCAL RULE 160(b)**

Current Deadline:  February 9, 2026

New Deadline:  March 9, 2026

Upon consideration of the parties' Stipulation to Continue the Parties' Deadline to File Their Disposition Documents Pursuant to Local Rule 160(b), and good cause showing,

**IT IS HEREBY ORDERED THAT:**

The parties shall have until March 9, 2026 to file disposition documents pursuant to Local Rule 160(b).

**IT IS SO ORDERED.**

**Dated:  February 10, 2026**

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4910-5436-8654.1

ORDEDR
CASE NO. 2:25-cv-03350-WBS-CKD