A Professional Corporation
Menlo Park

ROPERS
MAJESKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE WRIGHT,

                Plaintiff,

      v.

SAFECO INSURANCE COMPANY, and
DOES 1 through 10, inclusive,

                Defendants.

Case No. 2:25-cv-03350-WBS-CKD

**ORDER TO CONTINUE THE PARTIES' DEADLINE TO FILE THEIR DISPOSITION DOCUMENTS PURSUANT TO LOCAL RULE 160(b)**

Current Deadline: March 9, 2026

New Deadline: April 9, 2026

Upon consideration of the parties' Stipulation to Continue the Parties' Deadline to File Their Disposition Documents Pursuant to Local Rule 160(b), and good cause showing,

**IT IS HEREBY ORDERED THAT:**

The parties shall have until **April 9, 2026** to file disposition documents pursuant to Local Rule 160(b), or a joint status report if the stipulated dismissal has not been filed by that date. The Scheduling Conference is reset for **April 20, 2026 at 1:30 p.m**.

**IT IS SO ORDERED.**

Dated: March 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4922-7131-4581.1